# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re Navistar MaxxForce Engines Marketing, Sales Practices and Products Liability Litigation ) ) ) ) ) ) ) ) | Master Case No. 1:14-cv-10318<br><br>See Attached List of Cases<br><br>Judge Joan B. Gottschall |

## SUGGESTION OF REMAND

For the reasons given in Pretrial Order No. 43 entered September 16, 2020, the court concludes that it is no longer appropriate to include these cases in this MDL.

Therefore, the court issues its Suggestion of Remand of the cases on the attached list, pursuant to Rule 10.1(b) of the Rules of Civil Procedure of the Judicial Panel on Multidistrict Litigation, to the transferor district court.

The clerk is ordered to provide copies of this order to the clerk of the Judicial Panel on Multidistrict Litigation and to the respective transferor courts in the attached list.

Dated:  September 17, 2020

/s/
Joan B. Gottschall
United States District Judge